IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TABATHA MARTIN; TRACY MARTIN; T.M., a minor, by her parents and next friends TABATHA MARTIN and TRACY MARTIN; KIONINA KENESO; K. H., a minor, by her next friend KIONINA KENESO; TANAKO YUG; GABRIEL YUG; G. Y., a minor, by his next friends, TANAKO YUG and GABRIEL YUG; DIANA CHONIONG; JON JOSEPHSON; NORMA MANUEL; MENSI RIKAT; ARI RODEN; RIMUO RUNTE; and SNOPIA WEINEI, individually and on behalf of the class of homeless or formerly homeless individuals whose property was seized and destroyed by City and County of Honolulu officials, <br><br>     Plaintiffs, <br><br>     vs. <br><br> CITY AND COUNTY OF HONOLULU; DOE EMPLOYEES OF CITY AND COUNTY OF HONOLULU 1-100, <br><br>     Defendants. | CV 15-00363 HG-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 113), AS MODIFIED

Findings and Recommendation having been filed and served on all parties on August 15, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to (1) Grant Joint Motion for

Preliminary Approval of Class Settlement Regarding Injunctive Relief; (2) Provisionally Certify Settlement Class; (3) Direct Dissemination of Notice to the Class; and (4) Set Schedule for Final Approval Process" (ECF No. 113) are adopted as the opinion and order of this Court with the following modifications:

At the end of page 9, following the section entitled "**E. Motion for Attorneys' Fees and Costs**", insert the following:

"**F.  Deadline for Defendants to Provide Notice to Appropriate Federal and State Officials**

Defendants shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement as required by 28 U.S.C. § 1715(b), on or before Friday, September 9, 2016."

IT IS SO ORDERED.

DATED: August 31, 2016, Honolulu, Hawaii

Helen Gillmor
United States District Judge