HID 133   (Rev. 03/11)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

TABATHA MARTIN, ET AL.,

v.

CITY AND COUNTY OF HONOLULU

)
)
)
)
)
)

Case No.: 1:15-cv-00363-HG-KSC

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/15/2016___ against ___Defendant___ ,

                                                                   Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 8,695.89 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 391.40 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 57.25 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | - |
| TOTAL $ | 9,569.54 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service        [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: ___Nickolas A. Kacprowski___

    Name of Attorney: ___Nickolas A. Kacprowski___

For: ___Plaintiffs___            Date: ___09/09/2016___

        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____      By: _____      _____
    *Clerk of Court*                        *Deputy Clerk*              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Leslieanne Ponte, Honolulu, HI | 1 | 57.25 | | | | | $57.25 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $57.25 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
      Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

      When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| **FEES OF THE CLERK** – Exhibit "A" | | |
| United States District Court for the District of Hawaii (Filing Fee re Complaint) | 04/30/14 | $400.00 |
| **Subtotal** | | **$400.00** |
| **FEES FOR THE SERVICE OF SUMMONS AND SUBOENA** – Exhibit "B" | | |
| AHFI (service of subpoena on L. Ponte) | 10/22/16 | $25.00 |
| **Subtotal** | | **$25.00** |
| **WITNESS FEES** – Exhibit "C" | | |
| Leslieann Ponte | 10/22/15 | $57.25 |
| **Subtotal** | | **$57.25** |
| **FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE** - Exhibit "D" | | |
| United States District Court for the District of Hawaii (Transcript of Motion for TRO held on September 22, 2015) | 10/07/15 | $13.19 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Ross Sasamura taken on October 14, 2015) | 10/19/15 | $1,853.93 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Kenneth Shimizu taken on October 16, 2015) | 10/22/15 | $1,554.14 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Leslieann Ponte taken on October 23, 2015) | 10/30/15 | $1,571.41 |
| United States District Court for the District of Hawaii (Transcript of Status Conference held on November 9, 2015) | 11/10/15 | $167.59 |

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| United States District Court for the District of Hawaii (Transcript of Further Status Conference on November 16 &17, 2015) | 11/17/15 | $133.77 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Jennifer Darrah-Okike taken on December 10, 2015) | 12/14/15 | $627.70 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Tabatha Martin taken on December 10, 2015) | 12/11/15 | $1,439.21 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Kionina Kaneso taken on December 09, 2015) | 12/14/15 | $510.77 |
| Ralph Rosenberg Court Reporters, Inc. (Deposition Transcript of Allan Sato taken on December 8, 2015) | 12/23/16 | $824.18 |
| **Subtotal** | | **$8,695.89** |
| **COSTS OF MAKING COPIES OF ANY MATERIALS NECESSARILY OBTAINED FOR THE USE IN CASE  (INHOUSE @ $.10 per page) (See Pleadings Filed)[1]** | | |
| Complaint for Declaratory Declaration and Injunctive Relief and Damages; Summons; Demand for Jury Trial (2 sets of 52 pages) | 09/16/2015 | $10.40 |
| [Proposed] Summons (1 set of 3 pages) | 09/16/2015 | $0.30 |
| Proof of Service of Complaint on Defendant City & County of Honolulu (1 set of 7 pages) | 09/17/2015 | $0.70 |

---

[1] Copy count includes 1 copy for Martin' files.  Add 2 copies for Motions/Memorandum  in Oppositions and Replies. Add 2 copies for discoverydocuments

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| PLTFS Application for Temporary Restraining Order and Preliminary Injunction<br><br>(3 sets of 103 pages) | 09/21/2015 | $30.90 |
| PLTFS Declaration of Kristin L. Holland re: DKT No. 12<br><br>(1 set of 192 pages) | 09/21/2015 | $19.20 |
| Amended Certificate of Service re: Plaintiffs' 09/21/15 Application for Temporary Restraining Order and Motion for Preliminary Injunction<br><br>(1 set of 5 pages) | 09/21/2015 | $0.50 |
| PLTFS Document Preservation Letter to City: KRHO letter to Ernest H. Nomura<br><br>(1 set of 5 pages) | 09/24/2015 | $0.50 |
| PLTFS Notice of Taking Depositions Upon Oral Examination; COS<br><br>(2 set of 10 pages) | 10/01/2015 | $2.00 |
| PLTFS First Request for Admissions to Defendant City and County of Honolulu; COS<br><br>(3 sets of 35 pages) | 10/02/2015 | $10.50 |
| PLTFS First Request for Answers to Interrogatories to Defendant City and County of Honolulu; COS<br><br>(3 sets of 20 pages) | 10/02/2015 | $6.00 |
| PLTFS First Request for Production of Documents to Defendant City and County of Honolulu; COS<br><br>(3 sets of 24 pages) | 10/02/2015 | $7.20 |

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| PLTFS First Request to Defendant City and County of Honolulu for Entry Upon Land for Inspection and Other Purposes; COS<br><br>(3 sets of 9 pages) | 10/02/2015 | $2.70 |
| PLTFS Amended Notice of Taking Depositions Upon Oral Examination; COS<br><br>(2 sets of 10 pages) | 10/9/2015 | $2.00 |
| PLTFS Second Amended Notice of Taking Deposition Upon Oral Examination; COS<br><br>(2 sets of 10 pages) | 10/13/2015 | $2.00 |
| PLTFS Third Amended Notice of Taking Deposition Upon Oral Examination; COS<br><br>(2 sets of 8 pages) | 10/22/2015 | $1.60 |
| PLTFS Deposition Subpoena to Leslieann Ponte for 10/23/15 @ 9:30 (with Proof of Service 10/22/15)<br><br>(1 set of 3 pages) | 10/22/2015 | $0.30 |
| PLTFS Report of Meeting of the Parties Pursuant to F.R.C.P. Rule 26(f); COS<br><br>(1 sets of 12 pages) | 10/30/2015 | $1.20 |
| PLTFS Rule 26(a)(1) Required Initial Disclosure<br><br>(2 sets of 22 pages) | 10/30/2015 | $4.40 |
| PLTFS Motion For Preliminary Injunction; Memorandum In Support of Motion<br><br>(3 sets of 464 pages) | 11/03/2015 | $139.20 |
| PLTFS Ex Parte Application to Shorten Time for Hearing on Their Motion for Preliminary Injunction<br><br>(3 sets of 10 pages) | 11/03/2015 | $3.00 |

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| PLTFS Notice of Withdrawal of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction Filed September 21, 2015<br><br>(1 set of 7 pages) | 11/03/2015 | $0.70 |
| PLTFS Notice of Manual Filing or Lodging of Exhibits 22 and 23 to the Declaration of Rex Moribe and Exhibit 1 to the Declaration of Richard Sachar in Support of Plaintiffs' Motion for Preliminary Injunction Filed November 3, 2015<br><br>(1 set of 7 pages) | 11/03/2015 | $0.70 |
| PLTFS Submission of Exhibits 22 and 23 to the Declaration of Rex Moribe and Exhibit 1 to the Declaration of Richard Sachar in Support of Plaintiffs' Motion for Preliminary Injunction Filed November 3, 2015<br><br>(3 sets of 11 pages) | 11/04/2015 | $3.30 |
| PLTFS Second Request for Answers to Interrogatories to CITY (COS)<br><br>(3 sets of 64 pages) | 11/06/2015 | $19.20 |
| PLTFS Supplemental Document Preservation Letter to CITY<br><br>(1 copy of 3 pages) | 11/10/2015 | $0.30 |
| PLTFS Status Report<br><br>(1 set of 64 pages) | 11/14/2015 | $6.40 |
| PLTFS Status Report for November 16, 2015 Status Conference<br><br>(1 set of 64 pages) | 11/16/2015 | $6.40 |
| PLTFS Letter Brief to Judge Kevin Chang<br><br>(1 set of 5 pages) | 11/18/2015 | $0.50 |

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| PLTFS Motion for Class Certification; Memorandum in Support of Motion<br><br>(3 sets of 127 pages) | 11/20/2015 | $38.10 |
| PLTFS Third Amended Notice of Taking Deposition Upon Oral Examination; COS<br><br>(2 sets of 8 pages) | 11/24/2015 | $1.60 |
| PLTFS Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure; COS<br><br>(2 sets of 11 pages) | 11/25/2015 | $2.20 |
| PLTFS Privileged Settlement Communication F.R.E. 408<br><br>(1 set of 6 pages) | 12/02/2015 | $0.60 |
| PLTFS Fourth Amended Notice of Taking Deposition Upon Oral Examination; COS<br><br>(2 sets of 9 pages) | 12/03/2015 | $1.80 |
| REX MORIBE Objections and Responses to CITY Subpoena Duces Tecum: Moribe Letter to Ernest Nomura<br><br>(2 sets of 5 pages) | 12/03/2015 | $1.00 |
| PLTFS Letter Brief to Judge Kevin Chang<br><br>(1 set of 4 pages) | 12/07/2015 | $0.40 |
| PLTFS Confidential Settlement Conference Statement<br><br>(2 sets of 13 pages) | 12/15/2015 | $2.60 |
| PLTFS Motion to Compel Responses to Interrogatories<br><br>(3 sets of 95 pages) | 12/17/2015 | $28.50 |

| ITEMIZATION OF TAXABLE COSTS | | |
|---|---|---|
| **Description** | **Invoice/ File Date** | **Itemized Amount** |
| PLTFS Confidential Settlement Conference Statement<br><br>(2 sets of 5 pages) | 01/04/2016 | $1.00 |
| Plaintiffs' Letter Brief to The Honorable J. Michael Seabright<br><br>(2 sets of 51 pages) | May 10, 2016 | $10.20 |
| Plaintiffs' Request for Status Conference<br><br>(3 sets of 68 pages) | 07/01/16 | $20.40 |
| Plaintiffs' Motion for Daniel M. Gluck to Withdraw as Counsel<br><br>(1 set of 9 pages) | 07/28/16 | $0.90 |
| **Subtotal** | | **$391.40** |
| **TOTAL COSTS** | | **$9,569.54** |

```
From:        <paygovadmin@mail.doc.twai.gov>
To:          "juki@ahfi.com" <juki@ahfi.com>
Date:        9/16/2015 10:15 AM
Subject:     Pay.gov Payment Confirmation: HID CM ECF
```

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you
wish to cancel this payment, please contact the Hawaii District Court's finance office at (808) 541-3083.

Application Name: HID CM ECF
Pay.gov Tracking ID: 25NDNFAH
Agency Tracking ID: 0975-1606698
Transaction Type: Sale
Transaction Date: Sep 16, 2015 4:15:43 PM

Account Holder Name: Nickolas Kacprowski
Transaction Amount: $400.00
Billing Address: 360 Poipu Drive
City: Honolulu
State/Province: HI
Zip/Postal Code: 96825
Country: USA
Card Type: AmericanExpress
Card Number: ***********5929

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



EXHIBIT A



**Process SERVE LOG FOR October 22, 2015**

| ATTY | DESCRIPTION | BILL# | MESS |
|------|-------------|-------|------|
| NIKA | SERVE SUBPOENA ON 530 S.KING ST.#124 | 12146-1 | RP |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



691081v1

**ALSTON HUNT FLOYD & ING  COST ADVANCE ACCOUNT**

17420

Payee: _LESLIEANN PONTE_

Address: _____          TAT

Amount: _$57.25_

Date: _10/22/15_

Client/Matter: _MARTIN/C&C HONOLULU 12146-1_

Reason/Description: _WITNESS FEE_          Check taken by: _JHK_

_FOR 10/23/15 DEPOSITION_ For Attorney/Paralegal: _NKM_



**EXHIBIT C**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

INVOICE NO:  20100502

### MAKE CHECKS PAYABLE TO:

KRISTIN L. HOLLAND
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, HI 96813

Phone:   (808) 524-1800

GLORIA BEDIAMOL, RMR,CRR,FCRR
United States Court Reporter
300 Ala Moana Blvd., Ste. C257
Honolulu, HI 96850

Phone:      (808) 541-2060

Tax ID:   51-0634841
gloria_bediamol@hid.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 10-07-2015 | DATE DELIVERED: |
|---|---|---|

**Case Style:** CV. NO. 15-00363HG, Martin et al. v City and County of Honolulu
9-22-15: Mt. for TRO

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 14 | 0.90 | 12.60 | | | | 12.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 12.60 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| *121646-1 Martin/city* | | TAX (If Applicable): | 0.59 |
| | | LESS AMOUNT OF DEPOSIT: | |
| OCT - 8 2015  #17383 | | TOTAL REFUND: | |
| | | TOTAL DUE: | $13.19 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: /s/ Gloria T. Bediamol | DATE 10-08-2015 |
|---|---|

*(All previous editions of this form are*
*cancelled and should be destroyed)*



EXHIBIT D

*MARTIN/CCH HONOLULU 12146-1*

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
#### Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:   NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

10/19/2015

*NAME*

INVOICE NO:   64263

RE:   MARTIN VS CITY AND COUNTY
OF HONOLULU

CIVIL NO. CV15-00363 HG KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF ROSS SASAMURA TAKEN ON 10/14/2015 IN HONOLULU, HI<br><br>APPROVED: | | |
| EXPEDITED TRANSCRIPT E-MAILED 10/17/15<br>ROUGH ASCII E-MAILED 10/14/15 | | |
| ORIGINAL & ONE COPY | | $1,770.50 |
| 2A 201ME31 67EH 1S 1SF 38TB 22.5CC 1CT1 63Z2<br>18Z2CC 1AD<br>SHARON ROSS | Tax | $83.43 |
| | TOTAL DUE | $1,853.93 |

Invoices payable within 30 days. A finance charge of one and one-half percent ($1\frac{1}{2}$%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:   NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

INVOICE DATE:   10/19/2015
INVOICE NO:   64263
TOTAL DUE:   $1,853.93
DATE TAKEN:   10/14/2015
RE:   MARTIN VS CITY AND COUNTY OF HONOLULU
WITNESS(ES):   ROSS SASAMURA

2A 201ME31 67EH 1S 1SF 38TB 22.5CC 1CT1 63Z2
18Z2CC 1AD
SHARON ROSS

RALPH ROSENBERG COURT REPORTERS, INC.
American Savings Bank Tower, 1001 Bishop Street, Suite 2460, Honolulu, HI 96813

MARTIN/C+C HONOLULU  (2146—)

# RALPH ROSENBERG

## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:

NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

10/22/2015

INVOICE NO:   64340

RE:   MARTIN VS CITY AND COUNTY
OF HONOLULU

CIVIL NO. CV15-00363 HG KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPOSITION OF KENNETH SHIMIZU TAKEN ON 10/16/2015 IN HONOLULU, HI | |
| APPROVED: | |
| EXPEDITED TRANSCRIPT E-MAILED 10/20/15 | |
| ORIGINAL & ONE COPY | $1,484.20 |
| 2A 179EX21 5EH 1S 1SF 13.75CC 1CT1 5Z 11Z2CC 1AD JESSICA PERRY   **Tax** | $69.94 |
| **TOTAL DUE** | $1,554.14 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:

NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

INVOICE DATE:   10/22/2015
INVOICE NO:   64340
TOTAL DUE:   $1,554.14
DATE TAKEN:   10/16/2015
RE:   MARTIN VS CITY AND COUNTY OF HONOLULU
WITNESS(ES):   KENNETH SHIMIZU

2A 179EX21 5EH 1S 1SF 13.75CC 1CT1 5Z 11Z2CC
1AD
JESSICA PERRY

RALPH ROSENBERG COURT REPORTERS, INC.
American Savings Bank Tower, 1001 Bishop Street, Suite 2460, Honolulu, HI 96813

*MARTIN/C+C  HONOLULU*

*12146-1*

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:

10/30/2015

NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

INVOICE NO:   64574

RE:   MARTIN VS CITY AND COUNTY
OF HONOLULU

CIVIL NO. CV15-00363 HG KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF LESLIEANN PONTE TAKEN ON 10/23/2015 IN HONOLULU, HI | | |
| APPROVED: | | |
| EXPEDITED TRANSCRIPT E-MAILED 10/27/15<br>ROUGH ASCII E-MAILED 10/23/15 | | |
| ORIGINAL & ONE COPY | | $1,500.70 |
| 2A 167ME31 1S 1SF 60MISCR 1CT1 1AD | Tax | $70.71 |
| HEDY COLEMAN | TOTAL DUE | $1,571.41 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:   NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

INVOICE DATE:   10/30/2015
INVOICE NO:   64574
TOTAL DUE:   $1,571.41
DATE TAKEN:   10/23/2015
RE:   MARTIN VS CITY AND COUNTY OF HONOLULU
WITNESS(ES):   LESLIEANN PONTE

2A 167ME31 1S 1SF 60MISCR 1CT1 1AD

HEDY COLEMAN

RALPH ROSENBERG COURT REPORTERS, INC.
American Savings Bank Tower, 1001 Bishop Street, Suite 2460, Honolulu, HI 96813

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

INVOICE NO:   20150094

**MAKE CHECKS PAYABLE TO:**

Nickolas A. Kacprowski
Alston Hunt Floyd & Ing
American Savings Bank Twr.
1001 Bishop St., 18th Fl.
Honolulu, HI 96813

Phone:   (808) 524-1800

Debra Kekuna Chun, RPR, CRR
United States Court Reporter
300 Ala Moana Blvd., Ste. C271
Honolulu, HI 96850

Phone:   (808) 541-2061

Tax ID:   30-0332975
*debra_chun@hid.uscourts.gov*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 11-10-2015 | 11-13-2015 |

**Case Style:**  15-00363 HG-KSC, TABATHA MARTIN, et al. v CITY AND COUNTY OF HONOLULU
11/9/15 - Status Conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 33 | 4.85 | 160.05 | | | | | | | 160.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 160.05 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 7.54 |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $167.59 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE | |
|---|---|---|
| */s/ Debra Chun* | | 11-13-2015 |

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

INVOICE NO:   20100514

**MAKE CHECKS PAYABLE TO:**

NICKOLAS A. KACPROWSKI
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, HI 96813

Phone:   (808) 524-1800

GLORIA BEDIAMOL, RMR,CRR,FCRR
United States Court Reporter
300 Ala Moana Blvd., Ste. C257
Honolulu, HI 96850

Phone:     (808) 541-2060

Tax ID:    51-0634841
gloria_bediamol@hid.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED:  11-17-2015 | DATE DELIVERED: |
|---|---|---|---|

**Case Style:** CV. NO. 15-00363-HG, Martin et al. v City and County of Honolulu
```
11-16-15: Further status conf.
11-17-15: Further status conf.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 35 | 3.65 | 127.75 | | | | | | | 127.75 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 127.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 6.02 |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $133.77 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE   /s/ Gloria T. Bediamol | DATE   12-09-2015 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

MARTIN | C+C HONOLULU     12146-1

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:
    KRISTIN HOLLAND, ESQ.
    ALSTON HUNT FLOYD & ING (HONOLULU)
    1001 BISHOP STREET
    SUITE 1800
    HONOLULU, HI 96813

12/14/2015

INVOICE NO:   66004

RE:  MARTIN VS CITY AND COUNTY
    OF HONOLULU

CIVIL NO. CV 15-00363 HG-KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPOSITION OF JENNIFER DARRAH-OKIKE TAKEN ON 12/8/2015 IN HONOLULU, HI | |
| COPY | $599.45 |

| | | |
|---|---|---|
| 155ST2 74EH 20.25CC 6TB 1CT1 71Z2 15Z2CC 1AD | Tax | $28.25 |
| SHARON ROSS | TOTAL DUE | $627.70 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1½%) per month *LEGAL*
together with reasonable fees and costs of collection will apply on all past-due accounts. *HNL HOMELESS*

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:
    KRISTIN HOLLAND, ESQ.
    ALSTON HUNT FLOYD & ING (HONOLULU)
    1001 BISHOP STREET
    SUITE 1800
    HONOLULU, HI 96813

DEC 2 1 2015

INVOICE DATE:  12/14/2015
INVOICE NO:    66004
TOTAL DUE:     $627.70
DATE TAKEN:    12/8/2015
RE:            MARTIN VS CITY AND COUNTY OF HONOLULU
WITNESS(ES):   JENNIFER DARRAH-OKIKE

155ST2 74EH 20.25CC 6TB 1CT1 71Z2 15Z2CC 1AD

SHARON ROSS      RALPH ROSENBERG COURT REPORTERS, INC.
American Savings Bank Tower, 1001 Bishop Street, Suite 2460, Honolulu, HI 96813

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service
Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:

12/11/2015

INVOICE NO:  65952

DANIEL GLUCK, ESQ. - SR. STAFF ATTORNEY
ACLU OF HAWAII FOUNDATION
P.O. BOX 3410
HONOLULU, HI 96801

RE:  MARTIN VS CITY AND COUNTY
OF HONOLULU

CIVIL NO. 15-00363 HG KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF TABATHA MARTIN; TRACY MARTIN TAKEN ON 12/10/2015 IN HONOLULU, HI | | |
| SAME DAY TRANSCRIPT E-MAILED TO ATTORNEY ON 12/10/15 | | |
| COPY | | $1,374.45 |
| 1270.36MISC 17EH 2CT1 17Z 2Z2CC 2AD 12P | Tax | $64.76 |
| HEDY COLEMAN | TOTAL DUE | $1,439.21 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

# RALPH ROSENBERG

## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:

DANIEL GLUCK, ESQ. - SR. STAFF ATTORNEY
ACLU OF HAWAII FOUNDATION
P.O. BOX 3410
HONOLULU, HI 96801

12/14/2015

INVOICE NO:  66006

RE:  MARTIN VS CITY AND COUNTY
OF HONOLULU

CIVIL NO. CV 15-00363 HG KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF KIONINA KANESO TAKEN ON 12/9/2015 IN HONOLULU, HI | | |
| INTERPRETED DEPOSITION | | |
| | COPY | $487.79 |
| 102MS2 17EH 2.75CC 1CT1 17Z 1Z2CC 1AD 10P | Tax | $22.98 |
| SHARON ROSS | TOTAL DUE | $510.77 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1 1/2%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

MARTIN C+C HONOLULU
12146-1

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*American Savings Bank Tower*
*1001 Bishop Street, Suite 2460*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:

NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

12/23/2015

INVOICE NO:   66297

RE:   MARTIN VS CITY AND COUNTY
OF HONOLULU

CIVIL NO. CV 15-00363 HG KSC

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPOSITION OF ALLAN SATO TAKEN ON 12/8/2015 IN HONOLULU, HI | | |
| OK TO PAY: | | |
| ORIGINAL & ONE COPY | | $787.09 |
| 2A 134ST1 17EH 1S 1SF 3.75CC 1CT1 17Z 3Z2CC 1AD TRISH CAMPBELL | Tax | $37.09 |
| | TOTAL DUE | $824.18 |

Invoices payable within 30 days. A finance charge of one and one-half percent (1½%) per month
together with reasonable fees and costs of collection will apply on all past-due accounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:

NICKOLAS KACPROWSKI, ESQ.
ALSTON HUNT FLOYD & ING (HONOLULU)
1001 BISHOP STREET
SUITE 1800
HONOLULU, HI 96813

INVOICE DATE:   12/23/2015
INVOICE NO:     66297
TOTAL DUE:      $824.18
DATE TAKEN:     12/8/2015
RE:             MARTIN VS CITY AND COUNTY OF HONOLULU
WITNESS(ES):    ALLAN SATO

2A 134ST1 17EH 1S 1SF 3.75CC 1CT1 17Z 3Z2CC
1AD
TRISH CAMPBELL        RALPH ROSENBERG COURT REPORTERS, INC.
American Savings Bank Tower, 1001 Bishop Street, Suite 2460, Honolulu, HI 96813