IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TABATHA MARTIN; TRACY MARTIN; T.M., a minor, by her parents and next friends TABATHA MARTIN AND TRACY MARTIN; KIONINA KENESO; K.H., a minor, by her next friend KIONINA KENESO; TANAKO YUG; GABRIEL YUG; G.Y., a minor, by his next friends, TANAKO YUG and GABRIEL YUG; DIANA CHONIONG; JON JOSEPHSON; NORMA MANUEL; MENSI RIKAT; ARI RODEN; RIMUO RUNTE; SNOPIA WEINEI, individually and on behalf of the class of homeless or formerly homeless individuals whose property was seized and destroyed by City and County of Honolulu officials,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; DOE EMPLOYEES OF CITY AND COUNTY OF HONOLULU 1-100,<br><br>      Defendants. | Civ. No. 15-00363 HG-KSC |

1

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO APPROVE JOINT MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT REGARDING INJUNCTIVE
RELIEF (ECF No. 139)</u>

Findings and Recommendation having been filed and served on all parties on February 1, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Approve Joint Motion for Final Approval of Class Settlement Regarding Injunctive Relief (ECF No. 139) are adopted as the opinion and order of this Court.

//
//
//
//

IT IS SO ORDERED.

DATED: March 8, 2017, Honolulu, Hawaii.

_____
Helen Gillmor
United States District Judge

Tabatha Martin; Tracy Martin; T.M., a minor, by her parents and next friends Tabatha Martin and Tracy Martin; Kionina Keneso; K.H., a minor, by her next friend Kionina Keneso; Tanako Yug; Gabriel Yug; G.Y., aminor, by his next friends Tanako Yug and Gabriel Yug; Diana Choniong; Jon Josephson; Norma Manuel; Mensi Rikat; Ari Roden; Rimuo Runte; and Snopia Weinei, individually and on behalf of the class of homeless or formerly homeless individuals whose property was seized and destroyed by City and County of Honolulu officials v. City and County of Honolulu; DOE Employees of City and County of Honolulu, Civ. No. 15-00363 HG-KSC, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO APPROVE JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT REGARDING INJUNCTIVE RELIEF (ECF No. 139)