# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 15-00363 HG-KSC |
| CASE NAME: | Tabatha Martin; Tracy Martin; T.M., a minor, by her parents and next friends Tabatha Martin and Tracy Martin; Kionina Keneso; K.H., a minor, by next friend Kionina Keneso; Tanako Yug; Gabriel Yug; G.Y., a minor, by his next friends Tanako Yug and Gabriel Yug; Diana Choniong; Jon Josephson; Norma Manuel; Mensi Rikat; Ari Roden; Rimuo Runte; Snopia Weinei v. City and County of Honolulu; Doe Employees of City and County of Honolulu 1-100 |
| ATTYS FOR PLAS: | Amanda J. Finlay, Esquire<br>Mateo Caballero, Esquire<br>Kee M. Campbell, Esquire<br>Kristin L. Holland, Esquire<br>Paul Alston, Esquire<br>Nickolas A. Kacprowski, Esquire |
| ATTYS FOR DEFTS: | Ernest H. Nomura, Esquire<br>William C. McCorriston, Esquire<br>Jessica M. Wan, Esquire<br>Lisa W. Cataldo, Esquire<br>Troy J.H. Andrade, Esquire |

| | |
|---|---|
| JUDGE: | Helen Gillmor |
| DATE: | March 8, 2017 |

Pursuant to the Court's ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO APPROVE JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT REGARDING INJUNCTIVE RELIEF (ECF No. 140), the case is **TERMINATED**.

The Clerk of Court is **DIRECTED** to **CLOSE THE CASE**.

1